UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/16/2019___

Victor Gonzalez Tavera,

                Plaintiff,

-against-

18 Greenwich Avenue, LLC, et al.,

                Defendants.

1:19-cv-08258 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

       This case contains one or more claims arising under the Fair Labor Standards Act. The parties consented to have all proceedings held before me on December 13, 2019. (ECF No. 23.) Thereafter, the parties apprised the Court that a settlement has been reached. (ECF No. 25.) In light of the requirements of *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the parties must file a joint letter or motion that addresses whether the settlement is fair and reasonable.

       Any such letter or motion shall be filed by Friday, January 24, 2020, and should address the claims and defenses, the defendants' potential monetary exposure and the bases for any such calculations, the strengths and weaknesses of the plaintiffs' case and the defendants' defenses, any other factors that justify the discrepancy between the potential value of plaintiffs' claims and the settlement amount, the litigation and negotiation process, as well as any other issues that might be pertinent to the question of whether the settlement is reasonable (for example, the collectability of any judgment if the case went to trial).

       The joint letter or motion should also explain the attorney fee arrangement, attach a copy of the retainer agreement, and provide information as to actual attorney's fees expended and

the relevant experience of the attorney(s). Finally, a copy of the settlement agreement itself must accompany the joint letter or motion.

In light of the parties' settlement, the initial pretrial conference scheduled before me on January 14, 2020 is adjourned *sine die*.

**SO ORDERED.**

DATED:	New York, New York
	December 16, 2019

_____
STEWART D. AARON
United States Magistrate Judge