# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: 212-661-1008
anne@leelitigation.com

January 24, 2020

**Via ECF**
The Honorable Stewart D. Aaron, U.S.M.J
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11C
New York, NY 10007

> Re: *Tavera v. 18 Greenwich Avenue, LLC d/b/a Rosemary's, et al.*
> Case No. 19-cv-8258 (SDA)

Dear Judge Aaron:

We are counsel to Plaintiff and write, jointly with counsel to Defendants, to respectfully request a one week extension (from January 24, 2020 to January 31, 2020) to file for preliminary approval of the class settlement.

Although the parties have completed the settlement documents and motion papers, the Settlement Agreement is currently out for signature. This is the first request for extension.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.

cc: all parties via ECF

Request GRANTED. SO ORDERED.
Dated: January 24, 2020