# Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct: 212-661-1008
anne@leelitigation.com

January 31, 2020

**Via ECF**
The Honorable Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11C
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2020

Re: *Tavera v. 18 Greenwich Avenue, LLC d/b/a Rosemary's, et al.*
Case No. 19-cv-8258 (SDA)

Dear Judge Aaron:

We are counsel to Plaintiff and write, jointly with counsel to Defendants, to respectfully request an additional one-week extension (from January 31, 2020 to February 7, 2020) to file for preliminary approval of the class settlement, as Defendants' counsel is currently out of the office with the flu. The parties expect to have the settlement agreement signed and the motion filed when counsel returns to the office next week.

This is the parties' second request for an extension of time to file the motion for preliminary approval. The first one-week extension request was granted on January 24, 2020 (Dkt. No. 29).

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.

cc: all parties via ECF

Request GRANTED. SO ORDERED.
Dated: January 31, 2020

*Stewart D. Aaron*