IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR GONZALEZ TAVERA, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*<br><br>Plaintiff,<br><br>v.<br><br>18 GREENWICH AVENUE, LLC d/b/a ROSEMARY'S, BOBO RESTAURANT LLC d/b/a BOBO, 24 5th AVE LLC d/b/a CLAUDETTE, and CARLOS SUAREZ,<br><br>Defendants. | Case No.: 19-CV-08258 |

**NOTICE OF PLAINTIFF'S MOTION FOR AN ORDER (1) CONDITIONALLY CERTIFYING SETTLEMENT CLASS AND COLLECTIVE ACTION, (2) GRANTING PRELIMINARY APPROVAL TO PROPOSED CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION, (3) DIRECTING DISSEMINATION OF NOTICE AND RELATED MATERIAL TO THE CLASS, AND (4) SETTING DATE FOR FAIRNESS HEARING AND RELATED DATES**

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for an Order (1) Conditionally Certifying Settlement Class and Collective Action, (2) Granting Preliminary Approval to Proposed Class Action Settlement and Plan of Allocation, (3) Directing Dissemination of Notice and Related Material to the Class, (4) Setting Date for Fairness Hearing and Related Dates ("Motion for Preliminary Approval"), and the Declaration of C.K. Lee in Support of Plaintiff's Motion for Preliminary Approval ("Lee Declaration"), Plaintiff respectfully requests that the Court enter an Order:

(1) granting preliminary approval of the Settlement Agreement and Release ("Settlement Agreement"), **Exhibit A** to the Lee Declaration;

(2) certifying the proposed class for settlement purposes;

(3) appointing Lee Litigation Group, PLLC ("Lee Litigation Group") ("Plaintiff's Counsel") as Class Counsel;

(4) appointing Rust Consulting as Claims Administrator;

(5) approving the proposed Notice of Class Action Settlement, **Exhibit B** to the Lee Declaration; and

(6) granting such other, further, or different relief as the Court deems just and proper.

*   *   *

Plaintiff has contemporaneously submitted a Proposed Order, attached as **Exhibit A** hereto, for the Court's convenience.

Dated: February 4, 2020
      New York, New York

Respectfully submitted,

Lee Litigation Group, PLLC

By: */s/ C.K. Lee*
C.K. Lee (CL 4086)
148 West 24th Street, Eighth Floor
New York, NY 10011
(212) 465-1188
*Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class*