UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Victor Gonzalez Tavera,

          Plaintiff,

-against-

18 Greenwich Avenue, LLC, et al.,

          Defendants.

1:19-cv-08258 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

For the reasons stated on the record during a conference before me held today, it is ORDERED that:

1. No later than Monday, March 9, 2020, Plaintiff's counsel shall file a letter informing the Court which proposed *cy pres* recipient has been agreed upon by the parties;

2. The aforesaid letter should attach a joint revised Class Notice, incorporating the amendments discussed during the conference; and

3. Counsel shall contemporaneously provide chambers with the revised Class Notice in Word format by e-mail to Aaron_NYSDChambers@nysd.uscourts.gov.

**SO ORDERED.**

DATED:    New York, New York
              March 5, 2020

_____
STEWART D. AARON
United States Magistrate Judge