```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Victor Gonzalez Tavera et al.,

                Plaintiffs,

-against-

18 Greenwich Avenue, LLC, et al.,

                Defendants.

1:19-cv-08258 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court previously scheduled a fairness hearing on August 3, 2020 at 10:00 a.m. (*See* ECF No. 40.) Although the fairness hearing shall go forward as previously scheduled, and Judge Aaron will be conducting this proceeding in his Courtroom with the court reporter, the parties shall participate by telephone using the following dial-in: (888) 278-0296 or (214) 765-0479 and enter access code 6489745. Plaintiffs' counsel shall ensure that any objectors are provided the dial-in information.

**SO ORDERED.**

DATED:    New York, New York
               July 15, 2020

                                                  _____
                                                  STEWART D. AARON
                                                  United States Magistrate Judge