

101 Park Avenue, 17th Floor
New York, NY 10178
Tel (212) 878-7900  Fax (212) 692-0940
www.foxrothschild.com

GLENN S. GRINDLINGER
Direct No:  212.905.2305
Email: GGrindlinger@FoxRothschild.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2020
```

July 27, 2020

**VIA ECF**

Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

ENDORSEMENT: The Court finds that the CAFA notice that has been filed with the Court by the Defendants at ECF No. 62-1 satisfies the requirements of the statute. Thus, Defendants are excused from any further obligations pursuant to the Court's 7/23/2020 Order. SO ORDERED.
Dated: 7/27/2020

*/s/ Stewart D. Aaron*

Re: *Tavera v. 18 Greenwich Ave, LLC, et al.*
     <u>Civil Action No. 19-cv-8258-SDA</u>

Dear Judge Aaron:

We represent all Defendants in the above-referenced matter.  We write to request clarification on the Court's July 23, 2020 Order, Docket Entry 61.  Pursuant to the terms of the Settlement Agreement, which was preliminarily approved by the Court on March 10, 2020 (Docket Entry 40), the Claims Administrator, Rust Consulting, Inc., mailed the required Class Action Fairness Act ("CAFA") notices on July 10, 2020.  Attached hereto is a declaration from the Claims Administrator attesting to this.

The Court's July 23rd Order requires Defendants to send out the CAFA notices and to file with the Court proof of same.  In light of the aforementioned activities of the Claims Administrator, does Your Honor still want Defendants to mail out the appropriate CAFA notices?  Defendants are prepared to do so, but would request clarification from Your Honor on this issue.

If Your Honor have any questions or concerns, we are available at the Court's convenience.

Respectfully submitted,

/s/ *Glenn S. Grindlinger*

Glenn S. Grindlinger

cc:    All counsel of record via ECF

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota   Nevada
New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Virginia   Washington

112659765.v1